**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1379**

ASHRAF ABDUL JABER ALI,

Petitioner,

v.

JEFFERSON B. SESSIONS III, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: October 26, 2017                    Decided: November 8, 2017

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Helen L. Parsonage, ELLIOT MORGAN PARSONAGE, Winston-Salem, North Carolina, for Petitioner. Chad A. Readler, Acting Assistant Attorney General, Jonathan A. Robbins, Senior Litigation Counsel, Joanna L. Watson, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ashraf Abdul Jaber Ali, a native of Kuwait and citizen of Jordan, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the immigration judge's denial of his request for a continuance. We have thoroughly reviewed the record and conclude that the denial of a continuance was not an abuse of discretion. *See Lendo v. Gonzales*, 493 F.3d 439, 441 (4th Cir. 2007) (stating standard of review). Accordingly, we deny the petition for review for the reasons stated by the Board. *In re Ali* (B.I.A. Mar. 3, 2017). We also deny Ali's motion to file an attachment to his brief. *See* 8 U.S.C. § 1252(a)(1), (b)(4)(A) (2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*